IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Frank C. Yanik | Chapter: | 13 |
| --- | --- | --- |
| Debtor 1 | Case No.: | 5:19-bk-01899-RNO |

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On August 4, 2020, an application was filed for the Claimant(s), RAL Money Finders LLC, as assignee to Frank C. Yanik, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

**ORDERED** that, pursuant to 28 U.S.C. § 2042, the sum of $8,531.32 held in unclaimed funds be made payable to RAL Money Finders, LLC and disbursed to the payee at the following address:

8101 Sandy Spring Road, Suite 300, Laurel, MD 20707.

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

Dated: August 26, 2020

By the Court,

_(signature)_

Robert N. Opel, II, Bankruptcy Judge  BI